PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

District of Connecticut

UNITED STATES OF AMERICA

v.

Thomas Faria

Crim. No.  3:14CR149(AWT)

On  02/13/2015  the above named was placed on probation/supervised release for a period of  3  years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*Karen Rubiano*
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  18th  day of  October , 2017.

/s/ Judge Alvin W. Thompson
United States District Judge
Alvin W. Thompson